**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Gregory Gorham

                                    Plaintiff,

v.

                                      Case No.:
                                      1:26–cv–04473

                                      Honorable Charles P.
                                      Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion for Entry of Default Judgment [34] is taken under advisement and the presentment hearing noticed for 6/9/2026 is stricken. Any opposition to Plaintiff's Motion must be filed in writing by 6/12/2026. Plaintiff shall submit a proposed default judgment order (in Word format) by 6/12/2026 to proposed_order_kocoras@ilnd.uscourts.gov. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.