**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY GORHAM,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04473

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

### STATUS REPORT

Plaintiff, GREGORY GORHAM ("Plaintiff") files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [31].

Plaintiff filed a motion [34] for default judgment on May 29, 2026. This motion was noticed [36] for presentment on June 9, 2026. The Court provided defendants with a deadline to oppose Plaintiff's Motion of June 12, 2026. [38]. As of the time of filing this report, no defendants have opposed the motion. Plaintiff intends to submit a proposed default judgment order to the Court's proposed order inbox by June 12, 2026

As of the time of filing this report, once the default judgment order is entered, no defendants will remain in the case, and the case can be closed at the Court's earliest convenience.

DATED: June 8, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 8, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt