## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GREGORY GORHAM,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04473

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

## PLAINTIFF'S STATUS REPORT

Pursuant to Minute Entry Order [40], Plaintiff, GREGORY GORHAM ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On June 24, 2026, this Court entered Minute Entry Order [40] directing Plaintiff to file a renewed motion for default judgment, addressing the applicability of the Hague Convention as discussed in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by July 15, 2026. Plaintiff's investigation of the Defendants' addresses is underway; however, Plaintiff needs additional time to collect and review the information so that Plaintiff can fully respond to the Court's inquiry in the forthcoming motion for default judgment. As such, Plaintiff requires additional time to receive this information and then complete his analysis. Plaintiff therefore requests that the Court grant Plaintiff an additional thirty (30) days to file his renewed motion, until August 14, 2026.

DATED: July 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.