**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Gregory Gorham,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:26-cv-04473

Judge Charles P. Kocoras

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the

Complaint:

| No. | Defendant |
|-----|-----------|
| 1 | kaoxianyuanxidianzixinxijish |
| 2 | 金华市淑徵服饰有限公司 |
| 3 | YellowSignShop |
| 4 | ShanXiShengJieTuoZhuangShi |
| 5 | iChen2025 |
| 6 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 7 | anqingshenqiangshangmaoyouxiangongsi |
| 8 | QuJingXuLiaoShangMao |
| 9 | AnZhenJianZhuGongCheng |
| 10 | ShiChiSiWenSanaoYuXiaGongSi |
| 11 | Tie Fa Shi Ye |
| 12 | jianhua8990 |
| 13 | shijiazhuangqucaimaoyiyouxiangongsi |
| 14 | zhshiun |
| 15 | GuangZhouYiWuShangMao |

1

| 16 | ywyxgs |
|----|--------|
| 17 | YangXianCangSiShangM |
| 18 | LITINGGO |
| 19 | LeeArt |
| 20 | meticulously chosen product |
| 21 | Expand imagination |
| 22 | TP Iron painting |
| 23 | AWGN |
| 24 | Expand imagination local |
| 25 | JIEBK |
| 26 | Excelente tienda de pintura |
| 27 | AODAIFEN SHOP |
| 28 | Lintiepihua |
| 29 | CYAurel |
| 30 | Artist Metal Painting Shop |
| 31 | JIULI SHAGNDIAN UU |
| 32 | Iron Family LL |
| 33 | CityStyle |
| 35 | CY Sign |
| 36 | MESA Mall |
| 37 | Brushstroke Boutique A |
| 38 | BKBY |
| 39 | IronCanvas |
| 40 | Brocadecarp |

This terminates the action.

DATED: August 14, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

4